IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN H. LOMBARDI,

    Plaintiff,               No. 2:12-cv-1610 CKD P

    vs.

SACRAMENTO COUNTY, et al.,

    Defendants.          ORDER

_____/

      Plaintiff is a civil detainee, proceeding pro se and in forma pauperis, who seeks relief pursuant to 42 U.S.C. § 1983. The parties have consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

      Before the court is plaintiff's motion for an order compelling officials at Coalinga State Hospital to amend its regulations concerning patients' legal mail. (ECF No. 18.) This action proceeds against two defendants concerning plaintiff's treatment while housed at the Sacramento County Main Jail between February and April of 2012. (ECF Nos. 5, 6.) It has nothing to do with the mail policies at Coalinga State Hospital. The court cannot enjoin persons who are not parties to the underlying action, based on claims that are not set forth in the operative complaint. See Zepeda v. U.S. I.N.S., 753 F.2d 719, 727 (9th Cir. 1984) ("A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the

1  claim; it may not attempt to determine the rights of persons not before the court.")  Plaintiff is
2  advised to limit his future filings to those that address the claims at issue in this action.
3      Accordingly, IT IS HEREBY ORDERED THAT plaintiff's motion for court order (ECF
4  No. 18) is denied.
5  Dated: August 15, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10  2 / lomb1610.ord