1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN H. LOMBARDI,

11            Plaintiff,                    No. 2:12-cv-1610 CKD P

12         vs.

13   SACRAMENTO COUNTY, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16        Plaintiff is a civil detainee, proceeding pro se and in forma pauperis, who seeks relief

17   pursuant to 42 U.S.C. § 1983.  The parties have consented to this court's jurisdiction pursuant to

18   28 U.S.C. § 636(c) and Local Rule 302.

19        Before the court is plaintiff's motion for an order compelling officials at Coalinga State

20   Hospital to amend its regulations concerning patients' legal mail.  (ECF No. 18.)  This action

21   proceeds against two defendants concerning plaintiff's treatment while housed at the Sacramento

22   County Main Jail between February and April of 2012.  (ECF Nos. 5, 6.)  It has nothing to do

23   with the mail policies at Coalinga State Hospital.  The court cannot enjoin persons who are not

24   parties to the underlying action, based on claims that are not set forth in the operative complaint.

25   <u>See</u> <u>Zepeda v. U.S.  I.N.S.</u>, 753 F.2d 719, 727 (9th Cir. 1984) ("A federal court may issue an

26   injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the

1

1    claim; it may not attempt to determine the rights of persons not before the court.")  Plaintiff is

2    advised to limit his future filings to those that address the claims at issue in this action.

3           Accordingly, IT IS HEREBY ORDERED THAT plaintiff's motion for court order (ECF

4    No. 18) is denied.

5     Dated: August 15, 2013

6

7                                                    _____
                                                     CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE
8

9

10   2 / lomb1610.ord

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26