UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. LOMBARDI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>　　　　　　Defendants. | No.  2:12-cv-1610 CKD P<br><br><br><br>ORDER |

The parties in this civil rights action brought pursuant to 42 U.S.C. § 1983 have filed pretrial statements.  As the undersigned concludes that settlement discussions would be an appropriate next step before setting a trial date, the parties will be directed to engage in settlement talks and report back to the court on the status of settlement within thirty days.  If the parties are unable to reach a mutually agreeable settlement within that period, the court will consider scheduling a further settlement conference before a magistrate judge during the court's Settlement Week, to be held June 9-13, 2014.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED THAT the parties are to engage in settlement talks and report back to the court on the status of settlement within thirty days from the date of this order.

Dated: February 12, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / lomb1610.sett