UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. LOMBARDI, | No. 2:12-cv-1610 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Plaintiff, a state civil detainee proceeding pro se, has requested that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mp
Lomb1610.59a